**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7088**

DAVID M. WATSON, II,

       Plaintiff - Appellant,

   v.

PRIVATE FIRST CLASS TIPPETT; PRIVATE FIRST CLASS CERRONE,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:18-cv-00220-DKC)

Submitted:  October 29, 2021                 Decided:  November 2, 2021

Before NIEMEYER, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David M. Watson, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Watson appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion as untimely and meritless.  Watson did not challenge the district court's timeliness determination in his informal brief on appeal, so he has waived review of that holding.  *See* 4th Cir. R. 34(b).  Moreover, we have reviewed the record and find no reversible error in the district court's determination that the motion lacked merit.  Accordingly, we affirm. *Watson v. Tippett*, No. 8:18-cv-00220-DKC (D. Md. June 24, 2021).  We further deny Watson's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2